UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CLOVER DEVEREAUX,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 21-cv-06825-PJH<br><br>**ORDER OF DISMISSAL** |

    Plaintiff, a Texas state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

Dated: October 22, 2021

                                                 */s/ Phyllis J. Hamilton*
                                                 PHYLLIS J. HAMILTON
                                                 United States District Judge